# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

BYRON SEABERRY DEXTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2031
————————————————

November 15, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.